Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

**FILED**

Feb 03 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ soniad          DEPUTY

# UNITED STATES DISTRICT COURT

for the

Southern District of California ❍

USA Supreme Court

Dr. Mickey Socrates Ferdynand®

)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

Target Corporation II USA Department of Homeland
Security

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No.   **'21 CV0203 WQHAGS**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ✔ Yes ☐ No

## COMPLAINT FOR THE CONVERSION OF PROPERTY

(28 U.S.C. § 1332; Diversity of Citizenship)

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Dr. Mickey Socrates Ferdynand® |
| Street Address | 378 Hunt Ln, #1616 |
| City and County | Crestline, San Bernardino County |
| State and Zip Code | California, ~~92308~~ 92325 |
| Telephone Number | (858) 291-3362 |
| E-mail Address | mferdynand@ucsd.edu |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

Defendant No. 1

| | |
|---|---|
| Name | Target Corporation |
| Job or Title *(if known)* | Illegal Distributor of Registered Trademark #5764975 |
| Street Address | 1000 Nicollet Mall |
| City and County | Minneapolis, Unknown |
| State and Zip Code | Minnesota, 55403 |
| Telephone Number | (800) 440-0680 |
| E-mail Address *(if known)* | Unknown |

Defendant No. 2

| | |
|---|---|
| Name | USA Department of Homeland Security |
| Job or Title *(if known)* | Federal Governemnt Entity |
| Street Address | Mr. Chad F. Wolf II Acting Secretary of Homeland Security |
| City and County | Washington, DC |
| State and Zip Code | Washington, DC 20528 |
| Telephone Number | (202) 282-8000 |
| E-mail Address *(if known)* | Unknown |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 10 (Rev. 12/16) Complaint for the Conversion of Property

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.   The Plaintiff(s)

1.   If the plaintiff is an individual

The plaintiff, *(name)* Dr. Mickey Socrates Ferdynand® , is a citizen of the State of *(name)* San Bernardino County .

2.   If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name )* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.   The Defendant(s)

1.   If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

2   If the defendant is a corporation

The defendant, *(name)* Target Corporation , is incorporated under the laws of the State of *(name)* USA , and has its principal place of business in the State of *(name)* USA . Or is incorporated under the laws of *(foreign nation)* USA , and has its principal place of business in *(name)* USA .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

1. Target Corporation unconstitutionally and illegally (without a licensing agreement) distributed and profited from my mark. 2. The USA Department of Homeland Security is reponsible for protecting (with Congress) and safeguarding all registered marks with the United States Patent and Trademark Office. Why was my registered mark internationally distributed and sold and continues to be such with no acknowledgement from any federal or state agency or person (including you, the Court)?

III.   **Statement of Claim**

A.    Describe the property that you own that is the subject of this complaint, including its value.

please see [Dr. Mickey Socrates Ferdynand® v Disney Enterprises II Walt Disney Company; Case # '21CV0050WQHJLB] and [Dr. Mickey Socrates Ferdynand® v Israel Montoya, Raquel Montoya, and Nanci Pelosi]; its value is uncomprehensible to a real or imaginary number. Per the USA Constitution, it is of equal value to the most "valuable" mark in commerce.

B.    How and when did you come to own the property?

When I lawfully and honestly went through the whole legal proceeding process that includes examination fo the mark, oppositon, publication, etc. while I was in graduate school in the united Kingdom.

C.    How and when did the defendant(s) obtain possession of the property?  Describe with particularity the actions the defendant(s) took to convert the property.

I dont know how, by the DVD in my posssession has a copyright year of 2020 stamped with "Mexico" and my mark was registered on May 28, 2019. They associated my mark with a rat cartoon character that now everyone will think I copied them when that was not the case. I am a living individual that now has a mark withno true value as it's not recognized or protected by anyone in the USA, including you "The Court".

D.    *(If the defendant(s) rightfully came into possession of the property):*  Describe how and when you notified the defendant(s) that the property belonged to you.  Describe how and when you demanded that the defendant(s) deliver or return the property, and what response you received from the defendant(s).  Attach a copy of any written correspondence with the defendant(s), if such copies exist.

I notifed the Defendant via a comment on their website (can email you video) and with a formal letter dated January 9, 2021 and mailed via UPS. I haven't heard anythign back like usual from anyone in thi disgusting country. I saw the same DVD today (January 28, 2021) still being sold (can show you my phone with the date and location where i took the photo). [see Dr. Mickey Socrates Ferdynand® v Disney Enterprises II Walt Disney Company; Case # '21CV0050WQHJLB]

IV.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I ask the US District Court to please help me have the USA government acknowledge my mark and protect its little integrity it has left. In addition, I ask the Court to please help me with how this legal proceeding process works as I am only filling, but what happens next? I have tried contacting attorneys but no one replies back or wants to take my cases. It's unfair to be doing this unprepared and unexperienced in legal matters. Furthermore, I aks the Court to please Order the Plaintiffs to pay for damages and for making me buy my own mark and making them richer. Homeland Security has dishonered me (a USA citizen) by never protecting my mark in USA.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            01/28/2021

Signature of Plaintiff        /Dr. Mickey Socrates Ferdynand®/

Printed Name of Plaintiff    Dr. Mickey Socrates Ferdynand®

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

**B. The Defendant(s)**

2. The defendant, *(name) USA Department of Homeland Security,* is incorporated under the laws of the State of *(name) USA,* and has its principal place of business in the State of *(name) USA.* Or is incorporated under the laws of *(foreign nation) USA,* and has its principal place of business in *(name) USA.*

Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403
United States of America

Dr. Mickey Socrates Ferdynand®
20106 Waco Rd
Apple Valley, CA 92308
United States of America

January 9, 2021

Target Corporation,

On September 30, 2020 it was discovered that you were the distributor of goods/services that contained, in part or in whole, a registered mark with the United States Trademark and Patent Office. I, the owner and principal registrant of, Mickey Socrates Ferdynand® now demand that all the merchandize with my mark, whether in part or in whole, be removed from all shelves and Targets and its affiliates across the nation and whatnot. This mark was used without a licensing agreement by Disney and its affiliates, whom are part of a legal proceeding regarding the matter.

In addition, because you are now found guilty of trademark/servicemark defamation and infringement and patent infringement and defamation (as it is a patent pending as well) I am demanding you pay me the amount of $1,000,000,000,000,000.01 for damages and whatnot. I am also seeking part ownership of Target Corporation to repay for what you have done to my mark and patent pending.

You can make payments and transfer of ownership voluntarily or I will take this to a United States federal court where I will prove that you committed the above. I will give you thirty (30) calendar days to voluntarily surrender the requested. You can look up the mark on the United States Trademark and Patent Office's search tool if you think this is a joke or a false allegation.

The above was discovered in Riverside, California; I had to purchase my own mark-how disgusting is that?

Regards,

/Dr. Mickey Socrates Ferdynand®/

# United States of America

## United States Patent and Trademark Office

## Mickey Socrates Ferdynand

**Reg. No. 5,764,975**

**Registered May 28, 2019**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Molina, Carlos  (UNITED STATES INDIVIDUAL)
20106 Waco Rd
Apple Valley, CALIFORNIA 92308

CLASS 41: Adult entertainment services, namely, gentlemen's clubs featuring exotic dancing; Analyzing of educational test scores and data for others; Animation production services; Arranging and conducting athletic competitions; Arranging and conducting business seminars in the field of chemistry, pharmaceutics, and medicine; Arranging and conducting special events for social entertainment purposes; Arranging professional workshop and training courses; Arranging, organizing, conducting, and hosting social entertainment events; Athletic and sports event services, namely, arranging, organizing, operating and conducting marathon races; Audio and video recording services; Audio mastering; Audio production services, namely, creating and producing ambient soundscapes, and sound stories for museums, galleries, attractions, podcasts, broadcasts, websites and games; Audio recording and production; Augmented reality video production; Book and review publishing; Book publishing; Cinema studios; Cinema theaters; Cinematographic adaptation and editing; Cinematography services; Coaching in the field of sports; Composition of music for others; Conducting fellowship training programs in the field of chemistry, sociology, the Humanities, and pharmaceutics,; Conducting fitness classes; Conducting of sports competitions; Conducting workshops and seminars in chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Consulting services in the field of photography; Consulting services in the field of academic training; Consulting services in the fields of fitness and exercise; Continuing public service programs in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness produced and distributed over television, satellite, film, audio, video, internet, and 3-D virtual reality media; Copy editing; Creating and developing concepts for television programs; Custom art drawing for others; Custom art sketching for others; Custom painting of artwork for others; Custom painting of artwork in the nature of original designs on clothing, bags, pottery for others; Custom painting of decorative artwork on house interiors for others; Dance studios; Developing educational lesson plans for others in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Developing educational manuals for others in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Developing training systems and learning methodologies for others; Development and dissemination of printed educational materials of others in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Digital imaging services; Digital video, audio, and multimedia publishing services; Direction or presentation of plays; Distribution of motion picture films; Distribution of television programs featuring news, comedy, commentary featuring distinct speakers for others to cable television systems; Distribution of television programs for others; Editing or recording of sounds and images; Educating at university or colleges; Education in the fields of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness rendered through correspondence courses; Education services in the nature of courses at the university level; Education services, namely, mentoring in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Education services, namely, one-on-one



Director of the United States
Patent and Trademark Office

mentoring in the fields of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Education services, namely, providing hands-on opportunities for children in the field of intuitive engineering through live, broadcast, and on-line classes, seminars, workshops, training and curriculum development for children, parents and educators; Education services, namely, providing live and on-line academic research findings in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Education services, namely, providing mentoring, tutoring, classes, seminars and workshops in the field of chemistry and sociology; Education services, namely, providing on-line content in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Education services, namely, providing tutorial sessions in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Education services, namely, providing tutoring in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Education services, namely, providing tutoring in the fields of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Education services, namely, providing academic findings in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Education services, namely, providing academic findings in the fields of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Educational and entertainment services, namely, a continuing program about chemistry, sociology, the Humanities, pharmaceutics, and health and fitness accessible by means of radio, television, satellite, audio, video, web-based applications, mobile phone applications, computer networks; Educational and entertainment services, namely, conducting programs featuring recreational activities, literacy training, art events, and sporting events for children in foster care; Educational and entertainment services, namely, providing motivational speaking services in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Educational services in the nature of courses at the university-level schools; Educational services, namely, conducting classes, seminars, conferences, workshops, retreats, camps and field trips in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness and distribution of training material in connection therewith; Educational services, namely, conducting distance learning instruction at the secondary, college and graduate levels; Educational services, namely, conducting distance learning instruction at the university level; Educational services, namely, conducting distance learning instruction at the university level; Educational services, namely, conducting academic research in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Educational services, namely, conducting research for universities in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Educational services, namely, conducting research in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness and distribution of training material in connection therewith; Educational services, namely, conducting research in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness and distribution of course materials in connection therewith in printed or electronic format; Educational services, namely, conducting research in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness and distribution of course material in connection therewith; Educational services, namely, conducting research in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness and distribution of course and educational materials in connection therewith; Educational services, namely, developing and conducting workouts, workshops, presentations, retreats, and personal training in right-brain fitness; Educational services, namely, developing curriculum for educators; Educational services, namely, developing curriculum for others in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Educational services, namely, developing, arranging, and conducting educational conferences and programs and providing courses of instruction in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Educational services, namely, providing on-line content in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Educational services, namely, providing a continuing prerecorded audio program in the field of sound recordings accessible over the internet; Educational services, namely, providing courses of instruction at the university level and distribution of course material in connection therewith; Educational services, namely, providing displays and exhibits in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Educational services, namely, providing on-line courses of instruction at the university level; Educational services, namely, providing online instruction in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Educational services, namely, providing online instruction in the field of chemistry,

sociology, the Humanities, pharmaceutics, and health and fitness via an online website; Educational services, namely, providing training of teachers, engineers for certification in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Educational services, namely, providing education in the nature of academic research in the fields of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness rendered through correspondence courses; Electronic book rental via the Internet; Encouraging amateur sports and physical education by organizing, sanctioning, conducting, regulating and governing amateur athletic programs and activities; Entertainment and education services in the nature of a series of short shows featuring original material featuring variety, news, comedy distributed to mobile handsets, which may include video, text, photos, illustrations or hypertext; Entertainment and educational services, namely, providing a website that displays various requests, reviews, recommendations, rankings, trackings, votes, and information relating to uncreated, unreleased, new, special, popular, and rare products, services, and events in the fields of pop culture, entertainment, education, and sports, all exclusively for non-business and non-commercial transactions and purposes; Entertainment and educational services, namely, the presentation of seminars, lectures, workshops and panel discussions, and ongoing television and radio talk shows all in the field of public interest concerning chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Entertainment and educational services, namely, the presentation of seminars, workshops and panel discussions, and ongoing television and radio shows all in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Entertainment in the nature of an ongoing special variety, news, music or comedy show featuring media broadcast over television, satellite, audio, and video media; Entertainment in the nature of competitions in the field of marathon running; Entertainment in the nature of dance performances; Entertainment in the nature of fashion shows; Entertainment in the nature of light shows; Entertainment in the nature of live performances by an actor, model and athlete; Entertainment in the nature of live radio personality performances; Entertainment in the nature of live stage performances in the nature of plays, concerts or lecture for hire in the field of the Humanities by an individual; Entertainment in the nature of providing an informational and entertainment website in the fields of celebrity gossip, entertainment, sports and fitness; Entertainment in the nature of television news shows; Entertainment in the nature of theater productions; Entertainment in the nature of track and field competitions; Entertainment in the nature of providing temporary use of non-downloadable electronic games; Entertainment in the nature of competitive games; Entertainment in the nature of competitive automobile, dog, horse, yacht races; Entertainment information; Entertainment information services, namely, providing information and news releases about a musical artist; Entertainment media production services for motion pictures, television and Internet; Entertainment media production services for the internet; Entertainment services by a musical artist and producer, namely, musical composition for others and production of musical sound recordings; Entertainment services in the nature of an ongoing IPTV (Internet Protocol Television), television programming segments in the field of positive psychology, personal relationships, the art and science of happiness; Entertainment services in the nature of an ongoing reality based television program; Entertainment services in the nature of creation, development, and production of television programming; Entertainment services in the nature of development, creation, production and post-production services of multimedia entertainment content; Entertainment services in the nature of development, creation, production, distribution, and post-production of motion pictures; Entertainment services in the nature of live audio performances by actors, musical bands, rock groups, dancers; Entertainment services in the nature of live musical performances; Entertainment services in the nature of live visual and audio performances by actors and musical bands, rock groups, dancers; Entertainment services in the nature of live visual and audio performances, namely, musical band, rock group, gymnastic, dance, and ballet performances; Entertainment services in the nature of live visual and audio performances, namely, musical, variety, news and comedy shows; Entertainment services in the nature of live visual and audio performances by an actor; Entertainment services in the nature of live vocal performances by actors, musical bands, rock groups, dancers; Entertainment services in the nature of presenting live musical performances; Entertainment services in the nature of production of motion pictures; Entertainment services in the nature of professional athletes competing in marathons running races; Entertainment services in the nature of recording, production and post-production services in the field of music; Entertainment services, namely, an on-line activity where you create your own music videos; Entertainment services, namely, an ongoing multimedia

program featuring comedy, action, adventure distributed via various platforms across multiple forms of transmission media; Entertainment services, namely, an ongoing series featuring comedy, action and adventure provided through webcasts featuring non-downloadable video, audio, and sound recordings; Entertainment services, namely, conducting parties; Entertainment services, namely, contest and incentive award programs designed to reward program participants who exercise, make healthy eating choices, and engage in other health-promoting activities; Entertainment services, namely, live appearances by celebrity actors, athletes, artists, authors and researchers; Entertainment services, namely, live, televised and movie appearances by a professional entertainer; Entertainment services, namely, multimedia production services; Entertainment services, namely, non-downloadable ringtones, pre-recorded music, and graphics presented to mobile communications devices via a global computer network and wireless networks; Entertainment services, namely, organizing and conducting an array of athletic events rendered live and recorded for the purpose of distribution through broadcast media; Entertainment services, namely, personal appearances by celebrity actors, athletes, artists, and researchers; Entertainment services, namely, planning and conducting a series of film festivals; Entertainment services, namely, production of computer-generated imagery for use in motion pictures; Entertainment services, namely, production of special effects including model-making services and related physical production elements for use in motion pictures; Entertainment services, namely, production of special effects including model-making services, computer-generated imagery and computer-generated graphics for the production of motion pictures, videos, and movie trailers; Entertainment services, namely, providing a web site featuring non-downloadable adult-themed photographs and videos; Entertainment services, namely, providing a web site featuring photographic and prose presentations featuring music and movies; Entertainment services, namely, providing a web site featuring photographic, audio, video and prose presentations featuring music and movies; Entertainment services, namely, providing a website at which the general public can receive advice from an individual or entity concerning happiness, such advice being for entertainment purposes only; Entertainment services, namely, providing a website featuring advice concerning personal relationships, such advice being for entertainment purposes only; Entertainment services, namely, providing advice and information for music, video and film concept and script development; Entertainment services, namely, providing an ongoing radio program in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Entertainment services, namely, providing images and text featuring animal stories and pictures on-line and in mobile wireless form; Entertainment services, namely, providing information about a recording artist via an online network; Entertainment services, namely, providing information by means of a global computer network in the fields of celebrities, entertainment, and popular culture; Entertainment services, namely, providing live entertainment by dancers via the Internet; Entertainment services, namely, providing non-downloadable playback of music via global communications networks; Entertainment services, namely, providing non-downloadable prerecorded music, information in the field of music, and commentary and articles about music, all on-line via a global computer network; Entertainment services, namely, providing on-line reviews of copyrighted material featuring movies, books, music, computer games; Entertainment services, namely, providing on-line, non-downloadable virtual clothing, pets, furniture for use in virtual environments created for entertainment purposes; Entertainment services, namely, providing ongoing television programs in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness via a global computer network; Entertainment services, namely, providing ongoing webisodes featuring academic research via a global computer network; Entertainment services, namely, providing podcasts in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Entertainment services, namely, providing video podcasts in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Entertainment services, namely, providing webcasts in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Entertainment services, namely, storytelling; Entertainment services, namely, televised appearances by celebrity actors, athletes, artists, authors and researchers; Entertainment services, namely, the provision of continuing professional education featuring television shows and music delivered by television, radio, satellite, the internet; Entertainment services, namely, cultural food tastings; Entertainment, namely, a continuing livestream variety, news, comedy show broadcast over television, satellite, audio, and video media; Entertainment, namely, a continuing livestream variety, news, comedy show broadcast over non-downloadable applications on the internet;

Entertainment, namely, lighting production; Entertainment, namely, live music concerts; Entertainment, namely, live performances by a musical band; Entertainment, namely, preparation of special effects; Entertainment, namely, production of sound recordings, films, cable television programs; Entertainment, namely, television news shows; Establishing and maintaining by registration a uniform standard of amateur standing for athletics; Fashion modeling for entertainment purposes; Film and video film production; Film and video production; Film and video production consulting services; Film and video tape film production; Film distribution; Film editing; Film mastering services; Film production; Film production, other than advertising films; Film rental; Film studios; Hosting social entertainment events, namely, karaoke, parties, birthday parties, dinner parties, for others; Information on education; Information relating to entertainment and education provided on-line from a computer database or the internet; Instruction in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Interactive on-line training services in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Interactive online web journals featuring academic research; Interpreter services; Language interpretation; Language interpreter services; Language interpreting; Language translation; Live performances by a musical group; Live performances featuring prerecorded vocal and instrumental performances viewed on a big screen; Magazine publishing; Media production location scouting services for entertainment purposes; Media production services, namely, video and film production; Microfilming; Microfilming for others; Modeling for artists; Modelling for artists; Motion picture and video rental services; Motion picture camera rental services; Motion picture film production; Motion picture rental; Motion picture song production; Motion picture theaters; Movie showing; Movie studio services; Multimedia entertainment services in the nature of development, production and post-production services in the fields of video and films; Multimedia entertainment services in the nature of recording, production and post-production services in the fields of music, video, and films; Multimedia entertainment software production services; Multimedia publishing of books, magazines, journals, software, games, music, and electronic publications; Mural art painting services; Music composition and transcription for others; Music composition for others; Music composition services; Music production services; Music publishing services; Music selection services for use in television, film, radio and video games; Music video production; Musical event booking agencies; News agencies, namely, gathering and dissemination of news; News reporter services in the nature of news analysis and news commentary; News reporters services; Non-downloadable electronic publications in the nature of e-books, articles in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; On-line academic library services; On-line electronic newsletters delivered by e-mail in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Online electronic publishing of books and periodicals; Open-access publishing services, namely, publication of electronic e-books, articles; Operating of film studios; Organisation of exhibitions for cultural or educational purposes; Organisation of fashion shows for entertainment purposes; Organization of exhibitions for musical entertainment; Organization of fashion shows for entertainment purposes; Organization of seminars; Organizing and arranging exhibitions for entertainment purposes; Organizing and conducting athletic competitions and games in the field of marathon running; Organizing and conducting educational study groups in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Organizing and hosting of events for cultural purposes; Organizing events in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness for cultural or educational purposes; Organizing exhibitions in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness for cultural or educational purposes; Organizing live exhibitions and conferences in the fields of education, culture, sports and entertainment for non-business and non-commercial purposes; Organizing on-line exhibitions and conferences in the fields of education, culture, sports and entertainment for non-business and non-commercial purposes; Organizing conferences, symposia, and workshops festivals for cultural or entertainment purposes; Organizing, arranging and conducting philanthropic social entertainment events, the proceeds of which are donated to charity; Organizing, arranging, and conducting educational, cultural, academic, and professional events; Personal coaching services in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Personal fitness training services; Personal fitness training services and consultancy; Personal fitness training services featuring aerobic and anaerobic activities combined with resistance and flexibility training; Personal trainer services; Personal trainer services; Personal training provided in connection with weight loss

and exercise programs; Personal training services, namely, strength and conditioning training; Personal training services, namely, strength and conditioning training and speed training; Philanthropic services, namely, lending art to art institutions; Photo editing; Photographic and video services, namely, photographic and video capture; Photographic composition for others; Photographic computer imaging; Photographic reporting; Photography; Photography services; Physical fitness assessment services; Physical fitness consultation; Physical fitness instruction; Physical fitness training of individuals and groups; Physical fitness training services; Planning arrangement of showing movies, shows, plays or musical performances; Poem and lyric writing; Portrait painting services; Portrait photography; Portrait photography services; Post-production editing of motion pictures; Post-production editing services in the field of music, videos and film; Preparing subtitles for movies; Preparing surtitles for live theatrical events; Presentation of musical performances; Production and distribution of independent motion pictures; Production and distribution of monoscopic and stereoscopic, electronic, digital video and film; Production and distribution of motion pictures; Production and distribution of radio programmes; Production and distribution of radio programs; Production and distribution of television shows and movies; Production and distribution of videos in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Production of audio recording; Production of closed caption television programs; Production of DVDs, videotapes and television programs featuring music and comedy; Production of film studies; Production of films; Production of humorous videos for the Internet; Production of monoscopic and/or stereoscopic, electronic, digital video and/or film; Production of movie special effects; Production of music; Production of musical sound recording; Production of musical videos; Production of radio and television programs; Production of radio or television programs; Production of radio programmes; Production of radio programs; Production of sound and image recordings on sound and image carriers; Production of sound and music video recordings; Production of sound recordings; Production of sound recordings, namely, songs, podcasts etc.; Production of television and radio programmes; Production of television programs; Production of video and creation of visual effects for others for use in DVDs, television programs and on web sites; Production of video discs and tapes; Production of video discs for others; Production of visual effects for videos, DVDs, television and for internet web sites; Professional coaching services in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Programming on a global computer network; Proof reading of manuscripts; Providing a database featuring information about artists; Providing a web site featuring information on exercise and fitness; Providing a web site featuring information on historic figures; Providing a web site featuring non-downloadable instructional videos in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing a web site featuring sporting information; Providing a web site featuring the ratings, reviews and recommendations of users on events and activities in the field of entertainment and education; Providing a web site that features informal instruction on chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing a website featuring academic information in the field of biblical worldview education for the purpose of academic study; Providing a website featuring entertainment information; Providing a website featuring entertainment information in the field(s) of motion pictures; Providing a website featuring information about artistic styles; Providing a website featuring information in the field of art, art history, art culture and art appreciation; Providing a website featuring information in the field of music and entertainment; Providing a website featuring information on exercise and fitness; Providing a website featuring information relating to the sport of marathon running; Providing a website featuring non-downloadable articles in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing a website featuring non-downloadable audio recordings in the field of the Humanities; Providing a website featuring non-downloadable game software; Providing a website featuring non-downloadable photographs; Providing a website featuring non-downloadable photographs in the field of the Humanities; Providing a website featuring non-downloadable publications in the nature of e-books, articles in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing a website featuring non-downloadable videos in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing a website featuring non-downloadable videos, namely, video presentations of a comedic nature; Providing a website featuring resources, namely, a website featuring primarily non-downloadable publications in the nature of e-books, articles in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness and also featuring non-downloadable software for data management of

global interfaces; Providing an interactive website featuring advice and information in the field of collegiate athletics programs; Providing an Internet news portal featuring links to news stories and articles in the field of current events; Providing an Internet website portal featuring links to musical artist websites and music performance ticket information; Providing an Internet website portal in the field of entertainment, cultural and sporting events; Providing an Internet website portal in the field of music; Providing an on-line computer database featuring information regarding exercise and fitness; Providing an on-line publication in the nature of an interactive encyclopedia in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing audio or video studios; Providing automated filming of sports games; Providing classes, workshops, seminars and camps in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing classroom instruction at the university level using religious, military, Reggio Emilia principles; Providing courses of instruction at the university level; Providing courses of instruction at the university level for academic and research purposes; Providing current event news via a global computer network; Providing education courses in the field of chemistry, pharmaceutics, the Humanities, and sociology offered through online, non-downloadable videos and instructor assistance; Providing education in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness rendered through correspondence courses; Providing education in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness rendered through video conference; Providing education in the field of the Humanities rendered through live theater performances; Providing educational assessment services; Providing educational demonstrations; Providing educational demonstrations in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing educational information in the academic field of science for the purpose of academic study; Providing educational information in the academic field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness for the purpose of academic study; Providing entertainment information via a website; Providing facilities for movies, shows, plays, music or educational training; Providing facilities for producing video, cinema and photography productions; Providing films, not downloadable, via video-on-demand transmission services; Providing fitness training services in the field of health and fitness; Providing information about education; Providing information and articles in the field of film, filmmaking, and entertainment via a global computer network; Providing information and news in the field of current events relating to chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing information and news in the field of teaching methodology and education; Providing information in the field of art; Providing information in the field of entertainment, featuring animation rendered by means of a global computer network; Providing information in the field of exercise training; Providing information in the field of visual and performing art; Providing information on physical exercise; Providing information on teaching methodology and education issues to music educators; Providing information on-line relating to virtual vehicle customization for hobby or entertainment purposes; Providing information regarding the production and distribution of ongoing television programs in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing information relating to education services; Providing information relating to sporting, cultural and live theatrical productions; Providing information relating to sports and sporting events; Providing information relating to the organizing of educational, cultural, sporting, or entertainment exhibitions; Providing information, news and commentary in the field of current events relating to the gay community; Providing information, news and commentary in the field of current events relating to the gay, lesbian, bisexual and transgender community; Providing information, news and commentary in the field of current events relating to American Ideologies; Providing information, news and commentary in the field of entertainment; Providing information, news and commentary in the field of entertainment relating to the gay community; Providing news and information in the field of sports; Providing news in the nature of current event reporting relating to chemistry, sociology, the Humanities, pharmaceutics, and health and fitness via the Internet; Providing on-line art exhibitions; Providing on-line entertainment information, namely, information about television programming; Providing on-line information and news in the field of employment training; Providing on-line magazines in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing on-line music, not downloadable; Providing on-line newsletters in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing on-line non-downloadable articles in the field of chemistry,

sociology, the Humanities, pharmaceutics, and health and fitness; Providing on-line publications in the nature of applications concerning chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing on-line publications in the nature of e-books in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing on-line publications in the nature of e-books, news articles in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing on-line videos featuring music mathematics instruction, not downloadable; Providing online non-downloadable e-books in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing online non-downloadable journals in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing personal fitness training for athletes and runners; Providing personal training and physical fitness consultation to individuals to help them make physical fitness, strength, conditioning, and exercise improvement in their daily living; Providing ratings and reviews of publications, namely, chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing recognition and incentives by the way of awards to demonstrate excellence in the field of science, mathematics, and the Humanities; Providing science educational mentoring services and programs; Providing sports information in the field of marathon running; Providing sports training information and advice via a website; Providing television programs, not downloadable, via video-on-demand transmission services; Providing voice overs for tapes, records and other recorded media for entertainment and education purposes; Provision of facilities for artists' studios and exhibits; Provision of information relating to distribution of television shows, motion picture film and radio shows; Provision of information relating to live entertainment; Provision of information relating to live performances, road shows, live stage events, theatrical performances, live music concerts and audience participation in such events; Provision of information relating to multimedia entertainment software production services; Provision of information relating to multimedia publishing; Provision of information relating to music; Provision of information relating to publishing of electronic publications; Provision of information relating to television, motion picture film, audio and radio production; Provision of information relating to theatre productions; Provision of non-downloadable films and movies via a video-on-demand service; Provision of non-downloadable films and television programmes via a video-on-demand service; Publication and editing of printed matter; Publication of books; Publication of books, magazines, almanacs and journals; Publication of books, of magazines, of journals, of newspapers, of periodicals, of catalogs, of brochures; Publication of books, reviews; Publication of brochures; Publication of calendars; Publication of documents in the field of training, science, public law and social affairs; Publication of electronic magazines; Publication of journals; Publication of leaflets; Publication of magazines; Publication of manuals; Publication of musical texts; Publication of on-line articles, journals, manuscripts; Publication of periodicals; Publication of printed matter; Publication of text books; Publication of textbooks; Publication of texts, books, journals; Publication of the editorial content of sites accessible via a global computer network; Publication of research articles and journals, academic books, pamphlets, textbooks, and brochures; Publishing and issuing of scientific papers in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Publishing and issuing scientific papers in relation to medical technology; Publishing audio books in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Publishing books in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Publishing e-books in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Publishing of books and reviews; Publishing of books, e-books, audio books, music and illustrations; Publishing of books, magazines; Publishing of electronic publications; Publishing of journals, books and handbooks in the field of medicine; Publishing of reviews; Publishing of web magazines; Radio entertainment production; Record master production; Record mastering; Recording studio services; Recording studios; Reference libraries of literature and documentary records; Rental and leasing of professional sound equipment and parts; Rental of anatomical models for educational purposes; Rental of artwork; Rental of audiovisual equipment; Rental of cinema films; Rental of cinema projection apparatus and accessories; Rental of cinematographic films; Rental of electronic books that may be downloaded from an Internet website; Rental of facilities and equipment for the production of radio and television programs, musical and theatrical productions, namely, performance venues, studios, sets, dressing rooms; Rental of facilities and equipment for the production of television programs; Rental of film production studios; Rental of film production studios for motion picture films, animated films; Rental of film projection

equipment; Rental of films; Rental of lighting apparatus for theatrical sets or television studios; Rental of magazines; Rental of motion picture films; Rental of motion pictures; Rental of movie projectors and accessories; Rental of musical instruments; Rental of musical recordings that may be downloaded from an Internet web site; Rental of photographic equipment; Rental of portable multimedia viewing terminals; Rental of portable photography and/or videography booths for taking of pictures and videos; Rental of pre-recorded videos that may be downloaded from an Internet web site; Rental of sound recordings; Rental of stage and movie equipment, namely, camera equipment, lighting equipment and grip equipment; Rental of stage scenery; Rental of television sets; Rental of video tapes and motion pictures; Rental of videotapes; Research in the field of education; Research in the field of education via the internet; Screenplay writing; Scriptwriting services for non-advertising purposes; Scriptwriting, other than for advertising purposes; Songwriting; Sound mixing; Sound recording studios; Special effects animation services for film and video; Sports instruction services; Sports training services; Sports training services in the field of running and strength training; Subtitling; Teaching in the field of chemistry; Teaching, training, tutoring and courses of instruction at the undergraduate, graduate and post-graduate level; Television and radio programming; Television program syndication; Television programming; Television scheduling; Television show production; Theatre productions; Training for handling scientific instruments and apparatus for research in laboratories; Training in the use and operation of chemistry instrumentation; Training in the use of laboratory equipment; Training services in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Translation; Translation services; Video editing; Video mastering services; Video production services; Video tape editing; Video tape film production; Video tape recording for others; Videography services; Videotape editing; Videotape production; Videotaping; Videotaping for personal inventory purposes; Wedding photography services; Workshops and seminars in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Writing of articles for journals other than for advertising or publicity; Writing of articles for periodicals other than for advertising or publicity; Writing of articles for professional journals other than for advertising or publicity; Written text editing

FIRST USE 1-1-2016; IN COMMERCE 3-30-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The Name "MICKEY SOCRATES FERDYNAND" identifies a living individual whose consent is of record.

SER. NO. 87-838,717, FILED 03-18-2018

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h**
ttp://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Patent Electronic Filing                                                                    10/9/20, 10:11 PM

## Acknowledgement Receipt

The USPTO has received your submission at **01:06:48** Eastern Time on **10-OCT-2020** .

$ **75** fee paid by e-Filer via *RAM* with Confirmation Number: E202000210192527.

## eFiled Application Information

| | |
|---|---|
| EFS ID | 40811794 |
| Application Number | 63090179 |
| Confirmation Number | 3287 |
| Title | Mickey Socrates Ferdynand |
| First Named Inventor | Mickey Socrates Ferdynand |
| Customer Number or Correspondence Address | Dr. Mickey Socrates Ferdynand 20106 Waco Rd Apple Valley CA 92308 US 858-291-3362 mferdyand@ucsd.edu |
| Filed By | Mickey Ferdynand™&#65039; |
| Attorney Docket Number | |
| Filing Date | |
| Receipt Date | 10-OCT-2020 |
| Application Type | Provisional |

## Application Details

| Sequence | Submitted Files | Page Count | Document Description | File Size | Warnings |
|---|---|---|---|---|---|
| 1 | SpecificationforPatentTitledMickeySocratesFerdynand.pdf | 1 | Specification | 74661 bytes | ◈ PASS |
| | No validation errors found. | | | | |
| 2 | MickeySocratesFerdynandImage.pdf | 1 | Drawings-other than black and white line drawings | 1198677 bytes | ◈ PASS |
| | No validation errors found. | | | | |
| 3 | CERTIFICATIONOFMICROENTITYSTATUS2.pdf | 2 | Certification of Micro Entity (Gross Income Basis) | 94707 bytes | ◈ PASS |
| | No validation errors found. | | | | |
| 4 | ProvisionalPatentCoversheet2.pdf | 3 | Provisional Cover Sheet | 214237 | △ WARNINGS |

|   |   |   | (SB16) | bytes |   |
|---|---|---|--------|-------|---|

This is not a USPTO supplied Provisional Cover Sheet SB16 form.

| 5 | fee-info.pdf | 2 | Fee Worksheet (SB06) | 30061 bytes | ◆ PASS |
|---|--------------|---|----------------------|-------------|--------|

**No validation errors found.**

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111

If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371

If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office

If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

*If you need help:*

- *To ask questions about Patent e-Filing, or to suggest improvements to the online system, or report technical problems, please call the Patent Electronic Business Center at (866) 217-9197 (toll free) or send email to EBC@uspto.gov.*
- *Send general questions about USPTO programs to the USPTO Contact Center (UCC) .*
- *For general questions regarding a petition, or requirements for filing a petition, contact the Office of Petitions Help Desk at 1 800-786-9199.*

**Intellectual Property Office**

Certificate of Filing Trade mark number: UK00003581043 dated 18/01/2021

Trade mark details

| Item | Word elements | Trade mark |
|------|---------------|------------|
| 1 | Mickey Socrates Ferdynand | Mickey Socrates Ferdynand |

List of goods and services

| Class | List of goods and services |
|-------|----------------------------|
| 41 | Adult entertainment services, namely, gentlemen's clubs featuring exotic dancing; Analyzing of educational test scores and data for others; Animation production services; Arranging and conducting athletic competitions; Arranging and conducting business seminars in the field of chemistry, pharmaceutics, and medicine; Arranging and conducting special events for social entertainment purposes; Arranging professional workshop and training courses; Arranging, organizing, conducting, and hosting social entertainment events; Athletic and sports event services, namely, arranging, organizing, operating and conducting marathon races; Audio and video recording services; Audio mastering; Audio production services, namely, creating and producing ambient soundscapes, and sound stories for museums, galleries, attractions, podcasts, broadcasts, websites and games; Audio recording and production; Augmented reality video production; Book and review publishing; Book publishing; Cinema studios; Cinema theaters; Cinematographic adaptation and editing; Cinematography services; Coaching in the field of sports; Composition of music for others; Conducting fellowship training programs in the field of chemistry, sociology, the Humanities, and pharmaceutics,; Conducting fitness classes; Conducting of sports competitions; Conducting workshops and seminars in chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Consulting services in the field of photography; Consulting services in the field of academic training; Consulting services in the fields of fitness and exercise; Continuing public service programs in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness produced and distributed over television, satellite, film, audio, video, internet, and 3-D virtual reality media; Copy editing; Creating and developing concepts for television programs; Custom art drawing for others; Custom art sketching for others; Custom painting of artwork for others; Custom painting of artwork in the nature of original designs on clothing, bags, pottery for others; Custom painting of decorative artwork on house interiors for others; Dance studios; Developing educational lesson plans for others in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Developing educational manuals for others in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Developing training systems and learning methodologies for others; Development and dissemination of printed educational materials of others in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Digital imaging services; Digital video, audio, and multimedia publishing services; Direction or presentation of plays; Distribution of motion picture films; Distribution of television programs featuring news, comedy, commentary featuring distinct speakers for others to cable television systems; Distribution of television programs for others; Editing or recording of sounds and images; Educating at university or colleges; Education in the fields of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness rendered through correspondence courses; Education services in the nature of courses at the university level; Education services, namely, mentoring in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Education services, namely, one-on-one mentoring in the fields of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Education services, namely, providing hands-on opportunities for children in the field of intuitive engineering through live, broadcast, and on-line classes, seminars, workshops, training and curriculum development for children, parents and educators; Education services, namely, providing live and on-line academic research findings in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Education services, namely, providing mentoring, tutoring, classes, seminars and workshops in the field of chemistry and sociology; Education services, namely, providing on-line content in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Education services, namely, providing tutorial sessions in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Education services, namely, providing tutoring in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Education services, namely, providing tutoring in the fields of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Education services, namely, providing academic findings in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Education services, namely, providing academic findings in the fields of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Educational and entertainment services, namely, a continuing program about chemistry, sociology, the Humanities, |

Intellectual Property Office is an operating name of the Patent Office          www.ipo.gov.uk

| Intellectual Property Office

Certificate of Filing Trade mark number: UK00003581043 dated 18/01/2021

pharmaceutics, and health and fitness accessible by means of radio, television, satellite, audio, video, web-based applications, mobile phone applications, computer networks; Educational and entertainment services, namely, conducting programs featuring recreational activities, literacy training, art events, and sporting events for children in foster care; Educational and entertainment services, namely, providing motivational speaking services in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Educational services in the nature of courses at the university-level schools; Educational services, namely, conducting classes, seminars, conferences, workshops, retreats, camps and field trips in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness and distribution of training material in connection therewith; Educational services, namely, conducting distance learning instruction at the secondary, college and graduate levels; Educational services, namely, conducting distance learning instruction at the university level; Educational services, namely, conducting distance learning instruction at the university level; Educational services, namely, conducting academic research in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Educational services, namely, conducting research for universities in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Educational services, namely, conducting research in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness and distribution of training material in connection therewith; Educational services, namely, conducting research in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness and distribution of course materials in connection therewith in printed or electronic format; Educational services, namely, conducting research in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness and distribution of course material in connection therewith; Educational services, namely, conducting research in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness and distribution of course and educational materials in connection therewith; Educational services, namely, developing and conducting workouts, workshops, presentations, retreats, and personal training in right-brain fitness; Educational services, namely, developing curriculum for educators; Educational services, namely, developing curriculum for others in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Educational services, namely, developing, arranging, and conducting educational conferences and programs and providing courses of instruction in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Educational services, namely, providing on-line content in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Educational services, namely, providing a continuing prerecorded audio program in the field of sound recordings accessible over the internet; Educational services, namely, providing courses of instruction at the university level and distribution of course material in connection therewith; Educational services, namely, providing displays and exhibits in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Educational services, namely, providing on-line courses of instruction at the university level; Educational services, namely, providing online instruction in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Educational services, namely, providing online instruction in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness via an online website; Educational services, namely, providing training of teachers, engineers for certification in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Educational services, namely, providing education in the nature of academic research in the fields of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness rendered through correspondence courses; Electronic book rental via the Internet; Encouraging amateur sports and physical education by organizing, sanctioning, conducting, regulating and governing amateur athletic programs and activities; Entertainment and education services in the nature of a series of short shows featuring original material featuring variety, news, comedy distributed to mobile handsets, which may include video, text, photos, illustrations or hypertext; Entertainment and educational services, namely, providing a website that displays various requests, reviews, recommendations, rankings, trackings, votes, and information relating to uncreated, unreleased, new, special, popular, and rare products, services, and events in the fields of pop culture, entertainment, education, and sports, all exclusively for non-business and non-commercial transactions and purposes; Entertainment and educational services, namely, the presentation of seminars, lectures, workshops and panel discussions, and ongoing television and radio talk shows all in the field of public interest concerning chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Entertainment and educational services, namely, the presentation of seminars, workshops and panel discussions, and ongoing television and radio shows all in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Entertainment in the nature of an ongoing special variety, news, music or comedy show featuring media broadcast over television, satellite, audio, and video media; Entertainment in the nature of competitions in the field of marathon running; Entertainment in the nature of dance performances; Entertainment in the nature of fashion shows;

Page 3 of 9

**Intellectual Property Office**

Certificate of Filing Trade mark number: UK00003581043 dated 18/01/2021

Entertainment in the nature of light shows; Entertainment in the nature of live performances by an actor, model and athlete; Entertainment in the nature of live radio personality performances; Entertainment in the nature of live stage performances in the nature of plays, concerts or lecture for hire in the field of the Humanities by an individual; Entertainment in the nature of providing an informational and entertainment website in the fields of celebrity gossip, entertainment, sports and fitness; Entertainment in the nature of television news shows; Entertainment in the nature of theater productions; Entertainment in the nature of track and field competitions; Entertainment in the nature of providing temporary use of non-downloadable electronic games; Entertainment in the nature of competitive games; Entertainment in the nature of competitive automobile, dog, horse, yacht races; Entertainment information; Entertainment information services, namely, providing information and news releases about a musical artist; Entertainment media production services for motion pictures, television and Internet; Entertainment media production services for the internet; Entertainment services by a musical artist and producer, namely, musical composition for others and production of musical sound recordings; Entertainment services in the nature of an ongoing IPTV (Internet Protocol Television), television programming segments in the field of positive psychology, personal relationships, the art and science of happiness; Entertainment services in the nature of an ongoing reality based television program; Entertainment services in the nature of creation, development, and production of television programming; Entertainment services in the nature of development, creation, production and post-production services of multimedia entertainment content; Entertainment services in the nature of development, creation, production, distribution, and post-production of motion pictures; Entertainment services in the nature of live audio performances by actors, musical bands, rock groups, dancers; Entertainment services in the nature of live musical performances; Entertainment services in the nature of live visual and audio performances by actors and musical bands, rock groups, dancers; Entertainment services in the nature of live visual and audio performances, namely, musical band, rock group, gymnastic, dance, and ballet performances; Entertainment services in the nature of live visual and audio performances, namely, musical, variety, news and comedy shows; Entertainment services in the nature of live visual and audio performances by an actor; Entertainment services in the nature of live vocal performances by actors, musical bands, rock groups, dancers; Entertainment services in the nature of presenting live musical performances; Entertainment services in the nature of production of motion pictures; Entertainment services in the nature of professional athletes competing in marathons running races; Entertainment services in the nature of recording, production and post-production services in the field of music; Entertainment services, namely, an on-line activity where you create your own music videos; Entertainment services, namely, an ongoing multimedia program featuring comedy, action, adventure distributed via various platforms across multiple forms of transmission media; Entertainment services, namely, an ongoing series featuring comedy, action and adventure provided through webcasts featuring non-downloadable video, audio, and sound recordings; Entertainment services, namely, conducting parties; Entertainment services, namely, contest and incentive award programs designed to reward program participants who exercise, make healthy eating choices, and engage in other health-promoting activities; Entertainment services, namely, live appearances by celebrity actors, athletes, artists, authors and researchers; Entertainment services, namely, live, televised and movie appearances by a professional entertainer; Entertainment services, namely, multimedia production services; Entertainment services, namely, non-downloadable ringtones, pre-recorded music, and graphics presented to mobile communications devices via a global computer network and wireless networks; Entertainment services, namely, organizing and conducting an array of athletic events rendered live and recorded for the purpose of distribution through broadcast media; Entertainment services, namely, personal appearances by celebrity actors, athletes, artists, and researchers; Entertainment services, namely, planning and conducting a series of film festivals; Entertainment services, namely, production of computer-generated imagery for use in motion pictures; Entertainment services, namely, production of special effects including model-making services and related physical production elements for use in motion pictures; Entertainment services, namely, production of special effects including model-making services, computer-generated imagery and computer-generated graphics for the production of motion pictures, videos, and movie trailers; Entertainment services, namely, providing a web site featuring non-downloadable adult-themed photographs and videos; Entertainment services, namely, providing a web site featuring photographic and prose presentations featuring music and movies; Entertainment services, namely, providing a web site featuring photographic, audio, video and prose presentations featuring music and movies; Entertainment services, namely, providing a website at which the general public can receive advice from an individual or entity concerning happiness, such advice being for entertainment purposes only; Entertainment services, namely, providing a website featuring advice concerning personal relationships, such advice being for entertainment purposes only; Entertainment services, namely, providing advice and information for music, video and film concept and script development;

Intellectual Property Office is an operating name of the Patent Office          www.ipo.gov.uk

# Intellectual Property Office

Certificate of Filing Trade mark number: UK00003581043 dated 18/01/2021

Entertainment services, namely, providing an ongoing radio program in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Entertainment services, namely, providing images and text featuring animal stories and pictures on-line and in mobile wireless form; Entertainment services, namely, providing information about a recording artist via an online network; Entertainment services, namely, providing information by means of a global computer network in the fields of celebrities, entertainment, and popular culture; Entertainment services, namely, providing live entertainment by dancers via the Internet; Entertainment services, namely, providing non-downloadable playback of music via global communications networks; Entertainment services, namely, providing non-downloadable prerecorded music, information in the field of music, and commentary and articles about music, all on-line via a global computer network; Entertainment services, namely, providing on-line reviews of copyrighted material featuring movies, books, music, computer games; Entertainment services, namely, providing on-line, non-downloadable virtual clothing, pets, furniture for use in virtual environments created for entertainment purposes; Entertainment services, namely, providing ongoing television programs in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness via a global computer network; Entertainment services, namely, providing ongoing webisodes featuring academic research via a global computer network; Entertainment services, namely, providing podcasts in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Entertainment services, namely, providing video podcasts in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Entertainment services, namely, providing webcasts in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Entertainment services, namely, storytelling; Entertainment services, namely, televised appearances by celebrity actors, athletes, artists, authors and researchers; Entertainment services, namely, the provision of continuing professional education featuring television shows and music delivered by television, radio, satellite, the internet; Entertainment services, namely, cultural food tastings; Entertainment, namely, a continuing livestream variety, news, comedy show broadcast over television, satellite, audio, and video media; Entertainment, namely, a continuing livestream variety, news, comedy show broadcast over non-downloadable applications on the internet; Entertainment, namely, lighting production; Entertainment, namely, live music concerts; Entertainment, namely, live performances by a musical band; Entertainment, namely, preparation of special effects; Entertainment, namely, production of sound recordings, films, cable television programs; Entertainment, namely, television news shows; Establishing and maintaining by registration a uniform standard of amateur standing for athletics; Fashion modeling for entertainment purposes; Film and video film production; Film and video production; Film and video production consulting services; Film and video tape film production; Film distribution; Film editing; Film mastering services; Film production; Film production, other than advertising films; Film rental; Film studios; Hosting social entertainment events, namely, karaoke, parties, birthday parties, dinner parties, for others; Information on education; Information relating to entertainment and education provided on-line from a computer database or the internet; Instruction in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Interactive on-line training services in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Interactive online web journals featuring academic research; Interpreter services; Language interpretation; Language interpreter services; Language interpreting; Language translation; Live performances by a musical group; Live performances featuring prerecorded vocal and instrumental performances viewed on a big screen; Magazine publishing; Media production location scouting services for entertainment purposes; Media production services, namely, video and film production; Microfilming; Microfilming for others; Modeling for artists; Modelling for artists; Motion picture and video rental services; Motion picture camera rental services; Motion picture film production; Motion picture rental; Motion picture song production; Motion picture theaters; Movie showing; Movie studio services; Multimedia entertainment services in the nature of development, production and post-production services in the fields of video and films; Multimedia entertainment services in the nature of recording, production and post-production services in the fields of music, video, and films; Multimedia entertainment software production services; Multimedia publishing of books, magazines, journals, software, games, music, and electronic publications; Mural art painting services; Music composition and transcription for others; Music composition for others; Music composition services; Music production services; Music publishing services; Music selection services for use in television, film, radio and video games; Music video production; Musical event booking agencies; News agencies, namely, gathering and dissemination of news; News reporter services in the nature of news analysis and news commentary; News reporters services; Non-downloadable electronic publications in the nature of e-books, articles in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; On-line academic library services; On-line electronic newsletters delivered by e-mail in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Online electronic publishing of books and periodicals; Open-access publishing services, namely, publication of electronic

Intellectual Property Office is an operating name of the Patent Office

Certificate of Filing Trade mark number: UK00003581043 dated 18/01/2021

e-books, articles; Operating of film studios; Organisation of exhibitions for cultural or educational purposes; Organisation of fashion shows for entertainment purposes; Organization of exhibitions for musical entertainment; Organization of fashion shows for entertainment purposes; Organization of seminars; Organizing and arranging exhibitions for entertainment purposes; Organizing and conducting athletic competitions and games in the field of marathon running; Organizing and conducting educational study groups in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Organizing and hosting of events for cultural purposes; Organizing events in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness for cultural or educational purposes; Organizing exhibitions in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness for cultural or educational purposes; Organizing live exhibitions and conferences in the fields of education, culture, sports and entertainment for non-business and non-commercial purposes; Organizing on-line exhibitions and conferences in the fields of education, culture, sports and entertainment for non-business and non-commercial purposes; Organizing conferences, symposia, and workshops festivals for cultural or entertainment purposes; Organizing, arranging and conducting philanthropic social entertainment events, the proceeds of which are donated to charity; Organizing, arranging, and conducting educational, cultural, academic, and professional events; Personal coaching services in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Personal fitness training services; Personal fitness training services and consultancy; Personal fitness training services featuring aerobic and anaerobic activities combined with resistance and flexibility training; Personal trainer services; Personal trainer services; Personal training provided in connection with weight loss and exercise programs; Personal training services, namely, strength and conditioning training; Personal training services, namely, strength and conditioning training and speed training; Philanthropic services, namely, lending art to art institutions; Photo editing; Photographic and video services, namely, photographic and video capture; Photographic composition for others; Photographic computer imaging; Photographic reporting; Photography; Photography services; Physical fitness assessment services; Physical fitness consultation; Physical fitness instruction; Physical fitness training of individuals and groups; Physical fitness training services; Planning arrangement of showing movies, shows, plays or musical performances; Poem and lyric writing; Portrait painting services; Portrait photography; Portrait photography services; Post-production editing of motion pictures; Post-production editing services in the field of music, videos and film; Preparing subtitles for movies; Preparing surtitles for live theatrical events; Presentation of musical performances; Production and distribution of independent motion pictures; Production and distribution of monoscopic and stereoscopic, electronic, digital video and film; Production and distribution of motion pictures; Production and distribution of radio programmes; Production and distribution of radio programs; Production and distribution of television shows and movies; Production and distribution of videos in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Production of audio recording; Production of closed caption television programs; Production of DVDs, videotapes and television programs featuring music and comedy; Production of film studies; Production of films; Production of humorous videos for the Internet; Production of monoscopic and/or stereoscopic, electronic, digital video and/or film; Production of movie special effects; Production of music; Production of musical sound recording; Production of musical videos; Production of radio and television programs; Production of radio or television programs; Production of radio programmes; Production of radio programs; Production of sound and image recordings on sound and image carriers; Production of sound and music video recordings; Production of sound recordings; Production of sound recordings, namely, songs, podcasts etc.; Production of television and radio programmes; Production of television programs; Production of video and creation of visual effects for others for use in DVDs, television programs and on web sites; Production of video discs and tapes; Production of video discs for others; Production of visual effects for videos, DVDs, television and for internet web sites; Professional coaching services in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Programming on a global computer network; Proof reading of manuscripts; Providing a database featuring information about artists; Providing a web site featuring information on exercise and fitness; Providing a web site featuring information on historic figures; Providing a web site featuring non-downloadable instructional videos in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing a web site featuring sporting information; Providing a web site featuring the ratings, reviews and recommendations of users on events and activities in the field of entertainment and education; Providing a web site that features informal instruction on chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing a website featuring academic information in the field of biblical worldview education for the purpose of academic study; Providing a website featuring entertainment information; Providing a website featuring entertainment information in the field(s) of motion pictures; Providing a website featuring information about artistic styles; Providing a website featuring information in the field of art, art history, art culture

Page 6 of 9

**Intellectual Property Office**

Certificate of Filing Trade mark number: UK00003581043 dated 18/01/2021

and art appreciation; Providing a website featuring information in the field of music and entertainment; Providing a website featuring information on exercise and fitness; Providing a website featuring information relating to the sport of marathon running; Providing a website featuring non-downloadable articles in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing a website featuring non-downloadable audio recordings in the field of the Humanities; Providing a website featuring non-downloadable game software; Providing a website featuring non-downloadable photographs; Providing a website featuring non-downloadable photographs in the field of the Humanities; Providing a website featuring non-downloadable publications in the nature of e-books, articles in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing a website featuring non-downloadable videos in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing a website featuring non-downloadable videos, namely, video presentations of a comedic nature; Providing a website featuring resources, namely, a website featuring primarily non-downloadable publications in the nature of e-books, articles in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness and also featuring non-downloadable software for data management of global interfaces; Providing an interactive website featuring advice and information in the field of collegiate athletics programs; Providing an Internet news portal featuring links to news stories and articles in the field of current events; Providing an Internet website portal featuring links to musical artist websites and music performance ticket information; Providing an Internet website portal in the field of entertainment, cultural and sporting events; Providing an Internet website portal in the field of music; Providing an on-line computer database featuring information regarding exercise and fitness; Providing an on-line publication in the nature of an interactive encyclopedia in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing audio or video studios; Providing automated filming of sports games; Providing classes, workshops, seminars and camps in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing classroom instruction at the university level using religious, military, Reggio Emilia principles; Providing courses of instruction at the university level; Providing courses of instruction at the university level for academic and research purposes; Providing current event news via a global computer network; Providing education courses in the field of chemistry, pharmaceutics, the Humanities, and sociology offered through online, non-downloadable videos and instructor assistance; Providing education in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness rendered through correspondence courses; Providing education in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness rendered through video conference; Providing education in the field of the Humanities rendered through live theater performances; Providing educational assessment services; Providing educational demonstrations; Providing educational demonstrations in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing educational information in the academic field of science for the purpose of academic study; Providing educational information in the academic field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness for the purpose of academic study; Providing entertainment information via a website; Providing facilities for movies, shows, plays, music or educational training; Providing facilities for producing video, cinema and photography productions; Providing films, not downloadable, via video-on-demand transmission services; Providing fitness training services in the field of health and fitness; Providing information about education; Providing information and articles in the field of film, filmmaking, and entertainment via a global computer network; Providing information and news in the field of current events relating to chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing information and news in the field of teaching methodology and education; Providing information in the field of art; Providing information in the field of entertainment, featuring animation rendered by means of a global computer network; Providing information in the field of exercise training; Providing information in the field of visual and performing art; Providing information on physical exercise; Providing information on teaching methodology and education issues to music educators; Providing information on-line relating to virtual vehicle customization for hobby or entertainment purposes; Providing information regarding the production and distribution of ongoing television programs in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing information relating to education services; Providing information relating to sporting, cultural and live theatrical productions; Providing information relating to sports and sporting events; Providing information relating to the organizing of educational, cultural, sporting, or entertainment exhibitions; Providing information, news and commentary in the field of current events relating to the gay community; Providing information, news and commentary in the field of current events relating to the gay, lesbian, bisexual and transgender community; Providing information, news and commentary in the field of current events relating to American Ideologies; Providing information, news and commentary in the field of entertainment; Providing information, news and commentary in the field of entertainment

Page 7 of 9

# Intellectual Property Office

Certificate of Filing Trade mark number: UK00003581043 dated 18/01/2021

|  | relating to the gay community; Providing news and information in the field of sports; Providing news in the nature of current event reporting relating to chemistry, sociology, the Humanities, pharmaceutics, and health and fitness via the Internet; Providing on-line art exhibitions; Providing on-line entertainment information, namely, information about television programming; Providing on-line information and news in the field of employment training; Providing on-line magazines in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing on-line music, not downloadable; Providing on-line newsletters in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing on-line non-downloadable articles in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing on-line publications in the nature of applications concerning chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing on-line publications in the nature of e-books in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing on-line publications in the nature of e-books, news articles in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing on-line videos featuring music mathematics instruction, not downloadable; Providing online non-downloadable e-books in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing online non-downloadable journals in the field of chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing personal fitness training for athletes and runners; Providing personal training and physical fitness consultation to individuals to help them make physical fitness, strength, conditioning, and exercise improvement in their daily living; Providing ratings and reviews of publications, namely, chemistry, sociology, the Humanities, pharmaceutics, and health and fitness; Providing recognition and incentives by the way of awards to demonstrate excellence in the field of science, mathematics, and the Humanities; Providing science educational mentoring services and programs; Providing sports information in the field of marathon running; Providing sports training information and advice via a website; Providing television programs, not downloadable, via video-on-demand transmission services; Providing voice overs for tapes, records and other recorded media for entertainment and education purposes; Provision of facilities for artists&#39; studios and exhibits; Provision of information relating to distribution of television shows, motion picture film and radio shows; Provision of information relating to live entertainment; Provision of information relating to live performances, road shows, live stage events, theatrical performances, live music concerts and audience participation in such events; Provision of information relating to multimedia entertainment software production services; Provision of information relating to multimedia publishing; Provision of information relating to music; Provision of information relating to publishing of electronic publications; Provision of information relating to television, motion picture film, audio and radio production; Provision of information relating to theatre productions; Provision of non-downloadable films and movies via a video-on-demand service; Provision of non-downloadable films and television programmes via a video-on-demand service; Publication and editing of printed matter; Publication of books; Publication of books, magazines, almanacs and journals; Publication of books, of magazines, of journals, of newspapers, of periodicals, of catalogs, of brochures; Publication of books, reviews; Publication of brochures; Publication of calendars; Publication of documents in the field of training, science, public law and social affairs; Publication of electronic magazines; Publication of journals; Publication of leaflets; Publication of magazines; Publication of manuals; Publication of musical texts; Publication of on-line articles, journals, manuscripts; Publication of periodicals; Publication of printed matter; Publication of text books; et. Al. . |
|---|---|

Series of marks:                     No

## Priority Claims

| Date | Country | Number |
|---|---|---|
| 07/11/2020 | United States Of America | 5764975 |

Type of mark:                     Word

Filing date:                     18/01/2021

Examination type:                     Right Start Examination

## Owner details

| Owner(s) Name | Dr. Mickey Socrates Ferdynand® |
|---|---|
| Owner(s) Address | 20106 Waco Rd |

Intellectual Property Office is an operating name of the Patent Office                     www.ipo.gov.uk

# Intellectual Property Office

Certificate of Filing Trade mark number: UK00003581043 dated 18/01/2021

|  |  |
|---|---|
| Incorporation Country | Apple Valley, California<br>San Bernardino<br>92308<br>United States Of America<br>United Kingdom |

Representative details

|  |  |
|---|---|
| Representative Name<br>Representative Address | Dr. Mickey Socrates Ferdynand®<br>University of Sussex, East Slope<br>Refectory Road<br>Falmer<br>BRIGHTON<br><br>Bn19rp<br>United Kingdom |

Declarant Name:            Dr. Mickey Socrates Ferdynand®
Your Reference:            Mickey Socrates Ferdynand

Declaration

I confirmed that:

The applicant is entitled to hold property.

The terms used to describe the goods and/or services listed in this application should be given their ordinary and natural meaning.

The trade mark is being used by the applicant, or with the applicant's consent, in relation to the goods or services shown, or there is a bona fide intention that it will be used in this way.

I understand and accept that I cannot make any changes to the trade mark(s) applied for or add more goods or services once the application is submitted. I also accept that any application fees paid are non-refundable (even if the application is not acceptable).

Intellectual Property Office is an operating name of the Patent Office          www.ipo.gov.uk



Intellectual
Property
Office

Concept House
Cardiff Road
Newport
South Wales
NP10 8QQ

## Paid Invoice

Dr. Mickey Socrates Ferdynand®
University of Sussex, East Slope
Refectory Road
Falmer
BRIGHTON
United Kingdom
Bn19rp

VAT No : GB 888 8255 50

| Invoice Number | 1021012717 | |
|---|---|---|
| Customer Reference | Mickey Socrates Ferdynand | Payment Reference  1816109996443422 |
| Invoice Date | 18 January 2021 | |

| Line Number | Product | Description | Quantity | Unit Price (£) | Vat (%) | Total Price (£) |
|---|---|---|---|---|---|---|
| 1 | Trade mark - Right Start application | UK00003581043 | 1 | 75.00 | 0 | 75.00 |
| 2 | Trade mark - Right Start class | UK00003581043 | 1 | 25.00 | 0 | 25.00 |
| 3 | Trade mark series basic | UK00003581043 | 1 | 0.00 | 0 | 0.00 |

Total Excluding VAT           100.00

VAT Amount (Out of Scope)      0.00

Total Including VAT          100.00

Payment Method              Card

If you have any queries about the above please contact the Intellectual Property Office on +44 (0) 1633 814450 or alternatively email us at customeraccounts@ipo.gov.uk







## Mickey, Pluto and Friends Pal Around in These Tail-Wagging Tales!



Mickey and the gang are always ready for some **Mixed-Up Adventures!** These best friends help each other with wacky tasks like:

- Fixing up an old run-down farm.
- "Unplugging" from their phones and devices while camping.
- Helping Mickey construct his epic new house, and much more!

Then join Mickey and Pluto in their own **Hot Diggity-Dog Tales.** Their forever friendship gets stronger with each heart-warming adventure!



Widescreen (1.78:1) · English 2.0 Dolby Digital Language Track · English SDH, Spanish and French Subtitles (Apply To Episode Content Only)

Total Episode Running Time: Approx. 120 Minutes / Color / Digitally Mastered          Visit us at DisneyDVD.com and DisneyJunior.com

     

NTSC

Playback experience, features and language and subtitle availability may vary by content of player. Not all technical specifications apply to all elements. This product including its soundtrack is authorized for sale in U.S.A. and Canada only. Refer to inner ring of the disc for manufacturing information. Distributed by Buena Vista Home Entertainment, Inc., Dept. CS, Burbank, CA 91521. Printed in U.S.A. (1597014-1) Disney's FastPlay: US Patent No. 7,970,256  © 2020 Disney  5056213     2020 DVD Release

    



NC-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: |
|---|---|
| NAME: Carlos Molina | |
| FIRM NAME: | |
| STREET ADDRESS: 20106 Waco Rd | |
| CITY: Apple Valley    STATE: CA    ZIP CODE: 92308 | |
| TELEPHONE NO.: (858) 291-3362    FAX NO.: | |
| E-MAIL ADDRESS: mferdynand@ucsd.edu | |
| ATTORNEY FOR (name): | |

**F I L E D**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

NOV 1 0 2020

BY _____
JOVANNA LEANDRO, DEPUTY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 247 West Third Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Bernardino, CA 92415
BRANCH NAME:

PETITION OF (name of each petitioner):

Carlos Molina

FOR CHANGE OF NAME

| DECREE CHANGING NAME | CASE NUMBER: CIV DS 2 0 1 8 6 0 9 |
|---|---|

1. The petition was duly considered.
   a. ☑ at the hearing on (date): NOV 1 0 2020    in Courtroom: S17 of the above-entitled court.
   b. ☐ without hearing.

**THE COURT FINDS**

2. a. All notices required by law have been given.
   b. Each person whose name is to be changed identified in item 3 below
      ☑ is not  ☐ is  required to register as a sex offender under section 290 of the Penal Code.
      This determination was made (check one): ☑ by using CLETS/CJIS  ☐ based on information provided to the clerk
      of the court by a local law enforcement agency.

   c. ☑ No objections to the proposed change of name were made.
   d. ☐ Objections to the proposed change of name were made by (name):
   e. It appears to the satisfaction of the court that all the allegations in the petition are true and sufficient and that the petition should
      be granted.
   f. ☐ Other findings (if any):

**THE COURT ORDERS**

3. The name of

| | Present name | | New name |
|---|---|---|---|
| a. | Carlos Molina | is changed to | Mickey Socrates Ferdynand |
| b. | | is changed to | |
| c. | | is changed to | |
| d. | | is changed to | |
| e | | is changed to | |

☐ Additional name changes are listed on Attachment 3.

Date: 11/10/2020

JUDGE OF THE SUPERIOR COURT
☐ SIGNATURE OF JUDGE FOLLOWS LAST ATTACHMENT    JUDGE MICHAEL DEST    Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
NC-130 [Rev. September 1, 2018]
**DECREE CHANGING NAME**
Code of Civil Procedure, §§ 1278, 1279
www.courts.ca.gov

# FedEx

## Express ®

Extremely urgent

RT 359
8 C
1996 16:30
02.03
ST 34

© 2018

See h

enviro

Part # 156297.435 HRDB2 EXP 01/22

Fo
Co
For
app
Gui

For
loca

(868) 281-3362
DR MICKEY SOCRATES FERDYNAND
378 HUNT LN
#1616
CRESTLINE, CA 92325
UNITED STATES US

ORIGIN ID:DNTA
SHIP DATE: 29JAN21
ACTWGT: 0.50 LB
CAD: 6990079/SSF02121

BILL RECIPIENT

TO  ATTN CLERKS OFFICE
FILE DOCUMENT
333 W BROADWAY STE 420
STE 420
SAN DIEGO CA 92101
(800) 000-0000

REF:

FedEx
Express

E

WED – 03 FEB 4:30P
EXPRESS SAVER

92101
CA-US SAN

TRK#  7831 7328 9861

CZ SDMA

◄ Insert shipping
document here.